IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| FREE KICK MASTER, LLC.<br>9107 Wilshire Blvd. #450<br>Beverly Hills, California 90210<br><br>   Plaintiff,<br><br> vs.<br><br>APPLE- (I-tunes)<br>APPLE<br>c/o CT Corporation System<br>1300 East 9th St.<br>Cleveland, Ohio 44114<br><br>  and<br><br>AMAZON<br>410 Terry Ave. North<br>Seattle, Washington 98109-5210,<br><br>  and<br><br>GOOGLE<br>Google Mountain View<br>c/o CSC Lawyers Incorporating Service<br>50 W. Broad St. #1800<br>Columbus, Ohio  43215,<br><br>  and | CASE<br><br>JUDGE<br><br><br>MAGISTRATE JUDGE<br><br><br><br><br><br><br><br><br><br><br>**COMPLAINT<br>FOR INJUNCTIVE RELIEF** |

```
                                          )
SAMSUNG                                   )
Samsung Electronics USA                   )
c/o CSC Lawyers Incorporating Service     )
50 W. Broad St. #1800                     )
Columbus, Ohio  43215,                    )
                                          )
                                          )
        Defendants.                       )
```

## COMPLAINT FOR INJUNCTIVE RELIEF
### (Jury Demand Endorsed Hereon)

Plaintiff Free Kick Master, LLC, by Counsel and for its Complaint, alleges as follows:

### The Parties

1. Plaintiff Free Kick Master LLC is a limited liability company formed and existing under the laws of the State of Nevada, with its principal places of business in the States of Nevada and California.

2. Upon information and belief, Defendant Apple (I-tunes) is a corporation formed and existing under the laws of the State of California with its principal place of business in the State of California at 1 Infinite Loop Cupertino, California 95104, , and with a State of Ohio statutory agent.

3. Upon information and belief, Defendant Amazon is a corporation formed and existing under the laws of the State of Delaware with its principal place of business in the State of Washington at 410 Terry Ave. North Seattle, Washington 98109.

4. Upon information and belief, Defendant Google is a corporation formed and existing under the laws of the State of Delaware, with its principal place of business in the State of California at 1600 Amphitheatre Parkway Mountain View, California 94043, and with a State of Ohio statutory agent.

5. Upon information and belief, Samsung (Samsung Electronics USA) is a corporation formed and existing under the laws of the State of Delaware with its principal place of business in the State of New Jersey at 105 Challenger Road Ridgefield Park, New Jersey 07660, and with a State of Ohio statutory agent.

6. Upon information and belief, all four Defendants conduct significant business in the involving various computer and telephone applications in the State of Ohio and most, if not all, other states in the United States.

## Jurisdiction and Venue

7. This action arises under the trademark law of the United States, the Lanham Act 15 U.S.C. 1051, et seq., and under the statutory and common law of the State of Ohio.

8. Federal question jurisdiction is conferred pursuant to 28 U.S.C. 1331 and 28 U.S.C. 1338(a), and 15 U.S.C. 1121 (a).

9. Subject matter jurisdiction over the claims brought under state statutory and common law is conferred pursuant to 28 U.S.C. 1338(b) and 28 U.S.C. 1367(a).

10. Venue in this court is based on 28 U.S.C. 1391(b) and (c).

3

## Factual Background

11. On 1/19/2007 Registrant S. L. Serauxi filed for registration of the trademark FREE KICK MASTER. It was given application serial number 77087178.

12. On 10/30/2007 the FREE KICK MASTER mark was registered with registration number 3322947.

13. On 3/10/2008, Registrant S. L. Serauxi assigned his entire interest in the trademark to Plaintiff Free Kick Master Limited located in Suite 7 Hadfield House Library Street, Gibraltar.

14. On 10/11/2013 Free Kick Master Limited assigned its entire interest in the trademark to Plaintiff Free Kick Master, LLC, a Nevada Corporation.

15. Plaintiff Free Kick Master LLC is the current owner of the FREE KICK MASTER mark.

16. The FREE KICK MASTER trademark is registered in the European (EU) Office for Harmonization (#4644671).

17. The FREE KICK MASTER trademark was intended for use by Free Kick Master LLC in the production of television shows and sports movies, radio and television programs, namely sports program production, film production, organization of sports events, and organizing sporting events, including soccer football games. It is intended to extend to the production of computer games and applications..

4

18. A FREE KICK MASTER event was held on July 6, 2008 at Reliant Stadium in Houston, Texas.

19. A FREE KICK MASTER event had been planned in the Sunlife Stadium in Florida in 2013.

20. Defendant Apple (I-Tunes) has used the FREE KICK MASTER mark in its android applications on Google Play.

21. Defendant Amazon has used the FREE KICK MASTER mark in various downloads on its telephone products.

22. Defendant Google has used the FREE KICK MASTER mark in various downloads on its i-phones and other products.

23. Defendant Samsung has been involved in the sale and dissemination of electronic game applications for android phones and other products which applications use the FREE KICK MASTER mark..

24. Defendants Apple, Amazon, Google, and Samsung's, uses of the FREE KICK MASTER mark is without authorization or consent from the Plaintiff.

25. Defendants' use of the FREE KICK MASTER mark causes a likelihood of confusion, mistake or deception in the minds of the public.

26. Upon information and belief, all four Defendants are using the FREE KICK MASTER mark in countries other than the United States without authorization from Plaintiff..

## Count I – Trademark Infringement

27. All four Defendants' use of the FREE KICK MASTER mark constitutes an infringement of Plaintiff's' registered trademark and causes a likelihood of confusion mistake, and deception to the public.

28. Upon information and belief, Defendants' acts have been willful, deliberate, and and intended to interfere with Plaintiff's use and intended use of the FREE KICK MASTER mark.

29. By reason of the foregoing acts, Defendants are all jointly and severally liable for trademark infringement under 15 U.S.C. 1114 and under the statutory and common law of the State of Ohio.

## Count II – False Designation of Origin under the Lanham Act

30. Plaintiff incorporates as if fully rewritten herein the statements and allegations contained in the preceding paragraphs.

31. This count arises under Section 43(a) of the Lanham Act 15 U.S.C. 1125(a).

32. All four of the Defendants' uses of the FREE KICK MASTER mark causes a likelihood of confusion, mistake, and deception among the public and others as to the origin of the mark and as more fully described above.

33. The public and others are likely to believe that the Defendants' goods and services are provided by, sponsored, approved by, licensed by, affiliated with, or in some

other way legitimately connected with the Plaintiff, which will cause damage and injury to the Plaintiff.

34. Defendants will continue to infringe upon the FREE KICK MASTER mark absent an injunction.

35. There is no adequate remedy at law and, consequently, an injunction protecting Plaintiff's rights is proper.

## Count III – Deceptive Trade Practices Under Ohio Statutory and Common Law

36. Plaintiff incorporates as if fully rewritten herein the statements and allegations contained in the preceding paragraphs.

37. Defendants' conduct, constitutes deceptive trade practices within the meaning of Ohio Revised Code Section 4165.01 et seq.

38. Plaintiff is entitled to preliminary and permanent injunctive relief ordering all four Defendants to cease this deceptive trade practice, together with attorney fees pursuant to Ohio Revised Code Section 4165.03.

## Count IV – Unfair Competition, and Injury to Business Reputation, Under Ohio Common Law

39. Plaintiff incorporates as if fully rewritten herein the statements and allegations contained in the preceding paragraphs.

40. Defendants' conduct as described above constitutes unfair competition and

injury to Plaintiff's business reputation in violation of Plaintiff's rights under Ohio common law.

## Count V – Injunctive Relief

41. Plaintiff incorporates as if fully rewritten herein the statements and allegations contained in the preceding paragraphs.

42. Plaintiff is entitled to preliminary and permanent injunctive relief enjoining the Defendants from infringing the FREE KICK MASTER mark.

43. Plaintiff is likely to succeed on its claims because there is a strong likelihood of confusion to customers and consumers.

44. If Defendants are not enjoined, Plaintiff will suffer irreparable harm, including loss of business opportunities, good will, and competitive advantage, for which there is no adequate remedy at law.

45. The potential injury to Defendants is minimal and does not outweigh the potential injury to Plaintiff if the Defendants are not enjoined.

**WHEREFORE,** Plaintiff prays:

a. That Defendants be found to have infringed on the Plaintiff's rights in the FREE KICK MASTER mark and be found liable on all of the enumerated causes of action in this Complaint.

b. That Defendants and their agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from Defendants and each of them be preliminarily and permanently enjoined from infringing on the FREE KICK MASTER mark, and unfairly competing with the Plaintiff in any other manner.

c. That Defendants be required to cease use of the FREE KICK MASTER mark in all forms.

d. That Defendants be require to deliver up and/or destroy all insignias bearing the FREE KICK MASTER mark or any other similar or confusingly similar thereto, in their possession as well as on all labels, literature, signage, advertisements, computer applications, games, together with any means of producing the same.

e. That the Court declare this to be an exceptional case and award the Plaintiff its full costs and attorney fees pursuant to 15 U.S.C. 1117(a).

f. That the Court grant Plaintiff any other remedies provided by Federal or State law.

g. For such other relief that the Court deem proper and just.

### Jury Demand

Plaintiff hereby demand and request trial by jury of all issues that are triable by jury.

Dated April 14, 2015.

Respectfully Submitted,

_____
Stanley Josselson 0025685
1276 West 3rd St. #411
Cleveland, Ohio 44113
216-696-8070
Fax 216-696-3752
Email: josso@att.net
Counsel for Plaintiff Free Kick Master LLC

STATUS    DOCUMENTS

Back to Search | Print

Generated on: This page was generated by TSDR on 2015-04-09 18:00:23 EDT

Mark: FREE-KICK MASTER

FREE-KICK MASTER

| | | | |
|---|---|---|---|
| US Serial Number: | 77087178 | Application Filing Date: | Jan. 19, 2007 |
| US Registration Number: | 3322947 | Registration Date: | Oct. 30, 2007 |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| Amended to Principal Register: | Yes | Date Amended to Current Register: | Feb. 19, 2007 |
| Status: | A Sections 8 and 15 combined declaration has been accepted and acknowledged. | | |
| Status Date: | Nov. 16, 2013 | | |
| Publication Date: | Aug. 14, 2007 | | |

## Mark Information

Mark Literal Elements: FREE-KICK MASTER
Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.
Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Foreign Information

| | | | |
|---|---|---|---|
| Foreign Registration Number: | 4544671 | Foreign Registration Date: | Sep. 25, 2006 |
| Foreign Application/Registration Country: | EUROPEAN (EU) OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET (OHIM) | Foreign Expiration Date: | Sep. 21, 2016 |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Production and distribution of television shows and sports movies; production of radio and television programs, namely sports programs production; television production; television show production; motion picture film production; organization of sports events in the field of football; organizing sporting events, namely football games, American football, soccer, hockey and rugby competitions

International Class(es): 041 - Primary Class    U.S Class(es): 100, 101, 107
Class Status: ACTIVE
Basis: 44(e)

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| Filed Use: | No | Currently Use: | No | Amended Use: | No |
| Filed ITU: | No | Currently ITU: | No | Amended ITU: | No |
| Filed 44D: | No | Currently 44D: | No | Amended 44D: | No |
| Filed 44E: | Yes | Currently 44E: | Yes | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | | |
| Filed No Basis: | No | Currently No Basis: | No | | |

## Current Owner(s) Information

**Owner Name:** FREE KICK MASTER, LLC
**Owner Address:** 7095 HOLLYWOOD BLVD.
#1116
HOLLYWOOD, CALIFORNIA 90028
UNITED STATES
**Legal Entity Type:** LIMITED LIABILITY COMPANY
**State or Country Where Organized:** NEVADA

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Daniel Lano
**Attorney Primary Email Address:** mail@iphorgan.net
**Docket Number:** UPM 0502 US
**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Daniel Lano
ipHorgan Ltd.
1130 Lake Cook Road
Suite 240
Buffalo Grove, ILLINOIS 60089
UNITED STATES
**Phone:** 847-808-5500
**Fax:** 847 808-7238
**Correspondent e-mail:** mail@iphorgan.net
**Correspondent e-mail Authorized:** Yes

### Domestic Representative

**Domestic Representative Name:** Arturo Perez-Guerrero
**Fax:** 787 725-9144
**Domestic Representative e-mail:** arturo@perezguerrero.com
**Phone:** 787 722-3446
**Domestic Representative e-mail Authorized:** Yes

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 16, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Nov. 16, 2013 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 73376 |
| Oct. 30, 2013 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | 73376 |
| Nov. 15, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 73376 |
| Oct. 30, 2013 | TEAS SECTION 8 & 15 RECEIVED | |
| Oct. 23, 2013 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 12, 2008 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Oct. 30, 2007 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 14, 2007 | PUBLISHED FOR OPPOSITION | |
| Jul. 25, 2007 | NOTICE OF PUBLICATION | |
| Jul. 11, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76267 |
| Jul. 05, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 28, 2007 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jun. 27, 2007 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jun. 27, 2007 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 08, 2007 | LETTER OF SUSPENSION E-MAILED | 6332 |
| May 08, 2007 | SUSPENSION LETTER WRITTEN | 62178 |
| May 08, 2007 | ASSIGNED TO EXAMINER | 62178 |
| Mar. 26, 2007 | TEAS/EMAIL CORRESPONDENCE ENTERED | 76267 |

| Date | Event | Code |
|---|---|---|
| Feb. 19, 2007 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 78287 |
| Mar. 26, 2007 | ASSIGNED TO LIE | 78287 |
| Feb. 19, 2007 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jan. 24, 2007 | NEW APPLICATION ENTERED IN TRAM | |

### Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted
**Affidavit of Incontestability:** Section 15 - Accepted

### TM Staff and Location Information

**TM Staff Information** - None

**File Location**
- Current Location: TMEG LAW OFFICE 106
- Date in Location: Nov. 18, 2013

### Assignment Abstract Of Title Information

**Summary**
- Total Assignments: 2
- Registrant: SERAUXI S.L.
- Conveyance Filter

**Assignment 1 of 2**

- Conveyance: ASSIGNS THE ENTIRE INTEREST
- Reel/Frame: 3734/0852
- Pages: 3
- Date Recorded: Mar. 10, 2008
- Supporting Documents: assignment-tm-3734-0852.pdf

**Assignor**
- Name: SERAUXI S.L.
- Legal Entity Type: CORPORATION
- Execution Date: Feb. 18, 2008
- State or Country Where Organized: No Place Where Organized Found

**Assignee**
- Name: FREE-KICK MASTER LIMITED
- Legal Entity Type: CORPORATION
- State or Country Where Organized: GIBRALTAR
- Address: SUITE 7, HADFIELD HOUSE, LIBRARY STREET, GIBRALTAR

**Correspondent**
- Correspondent Name: PETER L. MICHAELSON
- Correspondent Address: P.O. BOX 8489, RED BANK, NJ 07701-8489

**Domestic Representative**
- Domestic Representative Name: PETER L. MICHAELSON
- Domestic Representative Address: P.O. BOX 8489, RED BANK, NJ 07701-8489

**Assignment 2 of 2**

- Conveyance: ASSIGNS THE ENTIRE INTEREST
- Reel/Frame: 5129/0960
- Pages: 2
- Date Recorded: Oct. 11, 2013
- Supporting Documents: assignment-tm-5129-0960.pdf

**Assignor**
- Name: FREE-KICK MASTER LIMITED
- Execution Date: Oct. 10, 2013

Legal Entity Type: CORPORATION
State or Country Where Organized: GIBRALTAR

Assignee
Name: FREE KICK MASTER, LLC
Legal Entity Type: LIMITED LIABILITY COMPANY
State or Country Where Organized: NEVADA
Address: 7095 HOLLYWOOD BLVD
#1119
HOLLYWOOD, CALIFORNIA 90028

Correspondent
Correspondent Name: DANIEL LANO
Correspondent Address: 1130 LAKE COOK ROAD
SUITE 240
BUFFALO GROVE, IL 60089

Domestic Representative - Not Found

Proceedings - None recorded