IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**FREE KICK MASTER LLC,**       CASE 4:15 cv 3403 PJH

    Plaintiff,       JUDGE HAMILTON

    v.

                                                 <u>**ORDER**</u>

**APPLE (i-Tunes), Inc., et al.,**

    Defendants.

**FOR GOOD CAUSE APPEARING THEREFOR,**

Plaintiff Free Kick Master LLC's <u>Motion for Admission *Pro Hac Vice* of Counsel Stanley L. Josselson</u> is hereby **GRANTED**. Attorney Stanley L. Josselson is permitted to represent Plaintiff Free Kick Master LLC before this Court in the above referenced matter.

**IT IS SO ORDERED.**

                                                         _____
                                                         **JUDGE PHYLLIS J. HAMILTON**

August   7   , 2015.

A true and correct copy of this Order has been served by mail upon all pro-se parties.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREE KICK MASTER, LLC
        Plaintiff,

v.

APPLE, INC., et al.,

        Defendants.

**CERTIFICATE OF SERVICE**
Case No.: **4:15-cv-03403-DMR**

     I declare that I am over the age of eighteen (18) and not a party to this action.  My business address is 131 N. El Molino Avenue, Suite 310, Pasadena, California 91101.

     On August 6, 2015, a true and correct copy of the foregoing document described as ORDER (Proposed) was served on the judge in chambers in the form and manner required by LR 5-1(e)(7); and was served in the manner indicated below:

**Served by the Court via Notice of Electronic Filing ("NEF")**  Pursuant to the Judicial Conference of the United States, the foregoing document was filed electronically and thereby served on all parties indicated on the electronic filing receipt.

**Served by U.S. Mail, facsimile, personal delivery or e-mail:**

     Pursuant to F.R.Civ.P. 5 on 8/6/2015   I served the following person(s) and/or entity(ies) by U. S. mail,  personal delivery, facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Chambers of Judge Phyllis J. Hamilton, U.S..District Court, 1301 Clay Street, Oakland, CA 94612 (by Priority Mail)

David H. Wallace, 200 Public Square, Ste. 3500, Cleveland, OH 44114 (by U.S. Mail)

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  August 6, 2015

                                                        /s/ Kathleen Wilber
                                                        Kathleen Wilber