UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREE KICK MASTER LLC,

    Plaintiff,

    v.

APPLE INC, et al.,

    Defendants.

Case No.  15-cv-03403-PJH

**ORDER RE CHAMBERS COPY**

PLEASE TAKE NOTICE that the chambers copy of plaintiff's second amended complaint was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ has no tabs for the voluminous exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal;
- ☐ includes exhibits that are not attached to a declaration or request for judicial notice and are otherwise unidentified; or
- ☐ is not usable for another reason –

1
2
3
4

The paper used for the above-described chambers copy has been recycled by the court.  No later than September 14, 2015, plaintiff shall submit a chambers copy in a format that is usable by the court.

5
6
7

**IT IS SO ORDERED.**

Dated:  September 9, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2