DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FREE KICK MASTER, LLC, | Case No. 4:15-cv-03403-PJH |
| Plaintiff, | **STIPULATION TO CONTINUE NOVEMBER 5, 2015 CASE MANAGEMENT CONFERENCE** |
| v. | |
| APPLE INC., et al., | |
| Defendants. | |

**STIPULATION TO CONTINUE THE**

**NOVEMBER 5, 2015 CASE MANAGEMENT CONFERENCE**

Currently under submission are two fully briefed motions to dismiss the Second Amended Complaint of Plaintiff Free Kick Master LLC ("Plaintiff"). ECF Nos. 62, 66. On September 30, 2015, the Court held a hearing on these motions. ECF No. 80. Because the Court's ruling on these motions could result in the dismissal of this action or leave for Plaintiff to file a Third Amended Complaint, and because only Defendant Apple Inc. has filed a pleading in this action, the parties believe it would preserve the resources of the parties and the Court to vacate the November 5, 2015 Case Management Conference and set a new date after all the pleadings have closed. This stipulation and request is supported by the declaration of David R. Eberhart satisfying the requirements of Civil Local Rule 6-2(a).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: October 13, 2015

_____
United States District Judge
Phyllis J. Hamilton

*APPROVED — Judge Phyllis J. Hamilton*

Respectfully submitted,
Dated: October 12, 2015           By:   */s/ David R. Eberhart*
                                             David R. Eberhart

DAVID R. EBERHART
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
(415) 984-8700
(415) 984-8701
deberhart@omm.com

*Attorneys for Defendant Apple Inc.*

| | |
|---|---|
| 1 | |
| 2 | By:   */s/ Michael Page*<br>       Michael Page |
| 3 | MICHAEL PAGE |
| 4 | DURIE TANGRI LLP<br>217 Leidesdorff Street |
| 5 | San Francisco, CA 94111-3007<br>(415) 362-6666 |
| 6 | (415)236-6300<br>jgratz@durietangri.com |
| 7 | *Attorney for Defendants* |
| 8 | *Amazon.com, Inc. and Google, Inc.* |
| 9 | By:   */s/ John C. Ulin*<br>       John C. Ulin |
| 10 | JOHN C. ULIN |
| 11 | JACOB K. POORMAN<br>ARNOLD & PORTER LLP |
| 12 | 777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844 |
| 13 | 213-243-4000<br>213-243-4199 |
| 14 | john.ulin@aporter.com<br>jacob.poorman@aporter.com |
| 15 | *Attorneys for Defendant* |
| 16 | *Samsung Electronics America, Inc.* |
| 17 | By:   */s/ Eugene S. Alkana*<br>       Eugene S. Alkana |
| 18 | EUGENE S. ALKANA |
| 19 | 131 North El Molino Avenue, Suite 310<br>Pasadena, CA 91101 |
| 20 | 626-796-8170 |
| 21 | 626-795-6138 Fax<br>eugenealkana@mindspring.com |
| 22 | eugenealkana@yahoo.com |
| 23 | *Attorney for Plaintiff Free Kick Master, LLC* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 2 -   STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE
4:15-CV-03403-PJH

## L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of other counsel listed above.

Dated: October 12, 2015

O'MELVENY & MYERS LLP

 s/ *David R. Eberhart*
David R. Eberhart
Attorney for Defendant Apple Inc.