UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREE KICK MASTER LLC, et al.,

    Plaintiffs,

    v.

APPLE INC, et al.,

    Defendants.

Case No. 15-cv-3403-PJH

**ORDER CONTINUING HEARING DATE**

The date for the hearing on defendants' motions to dismiss the third amended complaint, previously set for January 13, 2016, has been continued to January 27, 2016.

**IT IS SO ORDERED.**

Dated: January 6, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge