IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| **FREE KICK MASTER, LLC. et al.** | ) | CASE   4:15 cv 03403 |
| | ) | |
| Plaintiffs, | ) | JUDGE PHYLLIS HAMILTON: |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | STANLEY JOSSELSON LPA |
| **APPLE- (I-tunes) , Inc. , et al.** | ) | AND ASSOCIATE VALENTINE |
| | ) | SCHUROWLIEW PERMISSION |
| Defendants. | ) | TO WITHDRAW AS COUNSEL FOR |
| | ) |  FOR PLAINTIFFS FREE KICK |
| | ) | MASTER AND FREE KICK MASTER |
| | ) | JUNIOR LLC (~~PROPOSED~~) |

   Upon due consideration of the fact that the above referenced case has been concluded and Judgment has been rendered in favor of  Defendants,   the Court grants Attorney  Stanley Josselson and his associate attorney Valentine Schurowliew permission to withdraw as Counsel for Plaintiff Free Kick Master and Plaintiff Free Kick Master Junior, LLC on the condition that Eugene Alkana shall remain counsel of record, per Civ. Local Rule 3-9(b), until any issues re: fees and costs have been resolved.

**IT IS SO ORDERED**

April 12, 2016

_____
**JUDGE PHYLLIS HAMILTON**